## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 22-CR-20104-BECERRA(s)(s)(s)(s)(s)

**UNITED STATES OF AMERICA**

**vs.**

**ARCANGEL PRETEL ORTIZ, et al.,**

**Defendants.**
_____/

### UNITED STATES' NOTICE OF CLASSIFIED FILINGS

The United States, by and through the undersigned attorneys, hereby provides notice that on February 10 and February 18, 2026, the United States made classified filings concerning Section 4 of the Classified Information Procedures Act with the Classified Information Security Officer.

Respectfully submitted,

JASON REDING QUIÑONES
United States Attorney

JOHN A. EISENBERG
Assistant Attorney General for the National
Security Division

By:   */s Sean T. McLaughlin*
Sean T. McLaughlin
Assistant United States Attorney
Court ID No. A5501121
11200 NW 20th Street, Suite 101
Miami, FL 33172
(305) 715-7642/7654
Sean.McLaughlin@usdoj.gov

*/s Andrew Briggs*
Andrew Briggs
Trial Attorney
Court ID No. A5503251
National Security Division – Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-7739
Andrew.Briggs2@usdoj.gov

*/s Jason Wu*
Jason Wu
Assistant United States Attorney
Court ID No. A5502299
99 NE 4th Street
Miami, FL 33132
(305) 961-9226

1

Jason.Wu@usdoj.gov

/s *Altanese Phenelus*
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2026, I electronically filed the foregoing

document with the Clerk of the Court via CM/ECF.

By:    */s/ Andrew Briggs*
          Andrew Briggs
          Trial Attorney